IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNTIED STATES OF AMERICA**

**VS.**                          **CASE NO. 4:03CR00023 JMM**

**KERRIE JOINER**

**ORDER**

Pending before the Court is defendant's Petition to Seal the record of her conviction for violation of 18 U.S.C. § 371. Defendant brings this petition pursuant to Arkansas Code Annotated § 16-90-905.

In her petition, defendant indicates that she has satisfactorily complied with the conditions and orders of the Court, that she has been rehabilitated, and that she does not have any outstanding pending felony charges.

The motion is denied as Arkansas Code Annotated § 16-90-905 is not applicable to federal convictions and defendant has failed to state sufficient grounds for relief under federal law (#75). *See Webster Groves Sch. Dist. v. Pulitzer Publishing Co.*, 898 F.2d 1371, 1376 (8th Cir.1990) (decision of whether court records should be sealed is one committed to the sound discretion of the trial court).

IT IS SO ORDERED THIS 12 day of December, 2008.

_____
James M. Moody
United States District Judge